IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr167

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> ) <br> DERRICK GRIFFIN ) <br> _____ ) | ORDER |

**THIS MATTER** is before the Court upon a letter the defendant pro se in which he requests a bill of particulars and plea agreement. (Doc. No. 38). However, the defendant is currently represented by appointed counsel.

**IT IS, THEREFORE, ORDERED,** that the defendant's pro se request is **DENIED** without prejudice to be pursued by counsel if deemed advisable.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the U.S. Probation office.

Signed: November 28, 2006

Robert J. Conrad, Jr.
Chief United States District Judge