IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00167-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DERRICK GRIFFIN | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion requesting early termination of supervised release. (Doc. No. 79).

On November 19, 2007, the Court sentenced the defendant to seventy-two months' incarceration and four years' supervised release for conspiracy to possess with intent to distribute cocaine. (Doc. No. 67: Judgment.

Title 18, United States Code, Section 3583(e)(1) allows courts to terminate supervised release after consideration of certain factors in § 3553(a) if warranted by the conduct of the defendant and the interest of justice. Here, given the defendant's prior criminal history and his conduct while under supervision, the Court finds that early termination is not in the interest of justice.

**IT IS, THEREFORE, ORDERED** that the defendant's request, (Doc. No. 79), is **DENIED.**

Signed: July 13, 2016

Robert J. Conrad, Jr.
United States District Judge